No. 25-2190

_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

_____

WALTER JOSEPH MEGNA,

*Plaintiff-Appellee,*

v.

JOHN MUSIAL et al.,

*Defendants-Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Wisconsin
No. 24-cv-0588—Honorable Stephen C. Dries, Magistrate Judge

_____

**PLAINTIFF-APPELLEE WALTER JOSEPH MEGNA'S MOTION
FOR STUDENT ATTORNEY APPEARANCE TO PRESENT ORAL
ARGUMENT**

Pursuant to Rule 2 of the Federal Rules of Appellate Procedure and Circuit

Rule 34(h), Plaintiff-Appellee WALTER JOSEPH MEGNA, by his attorneys, moves

for this Court to grant leave for third-year law student Mark Elinski (Ill. S Ct.

R.711 License #2025LS00667) to present oral argument. In support of the motion, to

establish good cause for student presentation of oral argument, Mr. Megna states as

follows:

1.      Mark Elinski is a third-year law student at Northwestern Pritzker

School of Law who is licensed to practice as a student attorney under Illinois

Supreme Court Rule 711. At the time of argument, he will be a few days shy of

completing six semesters of law school, including nearly two semesters as a member of Northwestern Law School's Federal Appellate Practice Clinic.

2.      Mr. Elinski is an integral part of the appellate team. He is familiar with the factual record, the legal arguments, and the relevant law. He is well-qualified to orally argue on Mr. Megna's behalf and undersigned counsel will closely supervise the preparation and presentation of oral argument.

3.      Mr. Megna has consented to Mr. Elinski presenting oral argument in this case. His written consent is attached to this motion. *See* Exhibit.

4.      In addition, student argument is a common and encouraged practice in this and other circuits. It provides the opportunity for enhanced advocacy on behalf of clients who cannot afford specialized appellate counsel or who have cases of significant public import. It has also furthered the educational experience of numerous students across the country, including past students from the Federal Appellate Practice Clinic.

5.      Student attorneys from the Clinic provide strong oral advocacy. Last year, Clinic students presented argument in *Arnold v. United Airlines, Inc.*, No. 24-2179 in the Seventh Circuit, and *Fahr v. Johnson*, No. 23-15905 in the Ninth Circuit. Notably, in *Fahr*, the Clinic secured reversal of the district court's grant of summary judgment and a remand for trial with instructions to appoint counsel on an Eighth Amendment claim for deliberate indifference to serious medical needs on behalf of an incarcerated woman in Arizona.

6.       Finally, counsel for Mr. Megna has confirmed with John Musial and Alexia Zak that they do not oppose student argument in this case.

7.       For the foregoing reasons Mr. Megna respectfully requests that this Court grant leave for third-year law student Mark Elinski to appear and present oral argument on his behalf in this case.

RESPECTFULLY SUBMITTED,

<u>/s/ Danielle Hamilton</u>

Danielle Hamilton
Mark Elinski*
Jingyi Fan*
Mariam Somorin*
Federal Appellate Practice Clinic
Carter G. Phillips Center for Supreme Court & Appellate Advocacy
Northwestern Pritzker School of Law
375 E. Chicago Avenue, 8th Floor Chicago, IL 60611
(312) 503-1486
danielle.hamilton@law.northwestern.edu
* Law student appearing on brief pursuant to Supreme Court Rule 711
*Counsel for Plaintiff-Appellee Megna*

## CERTIFICATE OF SERVICE

I, Danielle Hamilton, hereby certify that I served the foregoing pleading on April 1, 2026 using the CM/ECF system, which effected service on all counsel of record for the Defendant-Appellant.

/s/ Danielle Hamilton

Danielle Hamilton
Mark Elinski*
Jingyi Fan*
Mariam Somorin*
Federal Appellate Practice Clinic
Carter G. Phillips Center for Supreme Court & Appellate Advocacy
Northwestern Pritzker School of Law
375 E. Chicago Avenue, 8th Floor Chicago, IL 60611
(312) 503-1486
danielle.hamilton@law.northwestern.edu
* Law student appearing on brief pursuant to Supreme Court Rule 711
*Counsel for Plaintiff-Appellee Megna*

## Northwestern
**PRITZKER** SCHOOL OF LAW

**Bluhm Legal Clinic**
375 East Chicago Avenue
Chicago, Illinois 60611-3069

legalclinic@law.northwestern.edu
Office 312. 503. 8576
Fax 312. 503. 8977
www.law.northwestern.edu

### Consent for Student-Attorney to Appear on My Behalf

I, Walter J. Megna, hereby consent to have law student(s) enrolled at Northwestern Pritzker School of Law appear in court or at other proceedings and to prepare documents on my behalf in the appeal captioned *Megna v. Musial*, Case No. 25-2190 (7th Circuit) under the supervision of Professor Danielle Hamilton.

Signed: _____     Date: ___9/26/25_____

Walter J. Megna
Plaintiff-Appellee