# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 3, 2026

*By the Court:*

| No. 25-2190 | WALTER J. MEGNA,<br>            Plaintiff - Appellee<br><br>v.<br><br>JOHN MUSIAL and ALEXIA ZAK,<br>            Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:24-cv-00588-SCD<br>Eastern District of Wisconsin<br>Magistrate Judge Stephen C. Dries | |

Upon consideration of the **MOITON FOR STUDENT ATTORNEY APPEARANCE TO PRESENT ORAL ARGUMENT**, filed on April 1, 2026, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Law student Mark Elinski may present oral argument in this appeal under the direct supervision of attorney Danielle Hamilton. The clerk of this court shall distribute a copy of this order to the assigned merits panel.