# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr><td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td><td></td><td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td></tr>
</table>

## FINAL JUDGMENT

May 19, 2026

Before
FRANK H. EASTERBROOK, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*
REBECCA TAIBLESON, *Circuit Judge*

| No. 25-2190 | WALTER J. MEGNA,<br>                Plaintiff - Appellee<br><br>v.<br><br>JOHN MUSIAL and ALEXIA ZAK,<br>                Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:24-cv-00588-SCD<br>Eastern District of Wisconsin<br>Magistrate Judge Stephen C. Dries | |

The appeal is **DISMISSED**, with costs, with costs, for want of jurisdiction. The above is in accordance with the decision of this court entered on this date.

*Christopher Conway*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)