# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 10, 2026

To:   Linda M. Klemm
      UNITED STATES DISTRICT COURT
      Eastern District of Wisconsin
      125 S. Jefferson Street
      Green Bay, WI 54301-4541

| No. 25-2190 | WALTER J. MEGNA, |
| | Plaintiff - Appellee |
| | v. |
| | JOHN MUSIAL and ALEXIA ZAK, |
| | Defendants - Appellants |

| **Originating Case Information:** |
| --- |
| District Court No: 1:24-cv-00588-SCD |
| Eastern District of Wisconsin |
| Magistrate Judge Stephen C. Dries |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)